UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

                                CRIMINAL NO.  97-81024

v.

                                HON. PAUL D. BORMAN

D-2   AHMAD JOUNI

       Defendant.

_____/

## ORDER OF DISMISSAL

Leave of the Court is granted for the reasons stated in the government's motion to dismiss the above-numbered Superseding Indictment and Arrest Warrant against AHMAD JOUNI  Accordingly, IT IS HEREBY ORDERED that the Indictment and Arrest Warrant against that defendant be dismissed.

                                s/Paul D. Borman
                                PAUL D. BORMAN
                                UNITED STATES DISTRICT JUDGE

Dated:  October 25, 2006

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on October 25, 2006.

                                s/Denise Goodine
                                Case Manager